SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*XSIDES CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| XSIDES CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. C 10-4307 VRW<br><br>**AGREED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff xSides Corporation ("Plaintiff") and defendant Citrix Systems, Inc. ("Defendant"), hereby move as follows:

WHEREAS, on or about September 24, 2010, Plaintiff served its Complaint upon Defendant; and

WHEREAS, no trial date has yet been set in this action; and

WHEREAS, Defendant requires additional time to respond to the Complaint, and Plaintiff and Defendant have agreed to extend the time by which Defendant must answer or otherwise respond to the Complaint by an additional approximate 30 days, to and including November 15, 2010:

Plaintiff xSides Corporation moves that Defendant will have to and including November 15, 2010, to serve and file an answer or other response to the Complaint. Citrix Systems, Inc., through its counsel Robert N. Feldman, does not oppose this motion.

DATED:  October 8, 2010                     Respectfully submitted,


*/s/ Bruce Wecker*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*XSIDES CORPORATION*

1 IT IS SO ORDERED.

2 Dated: _____   _____
Vaughn R. Walker
3 United States District Chief Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AGREED MOTION AND [PROPOSED] ORDER TO                    CASE NO. C 10-4307 VRW
EXTEND TIME TO RESPOND TO COMPLAINT