SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
 (415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*XSIDES CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| XSIDES CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>            Defendant. | Case No. C 10-4307 RS<br><br>**STIPULATION TO EXTEND BY ONE WEEK THE DATES FOR CLAIM CONSTRUCTION SCHEDULING** |

STIPULATION TO EXTEND DATE FOR                                           CASE NO. C 10-4307 RS
CLAIM CONSTRUCTION SCHEDULING

By this stipulation, plaintiff xSides Corporation ("Plaintiff") and defendant Citrix Systems, Inc. ("Defendant"), stipulate to postpone by one week the due dates for Plaintiff's infringement contentions and for subsequent Patent Local Rule dates, but not change the dates for the Markman hearing or tutorial, as set forth in more detail below:

WHEREAS, the Initial Case Management Conference in this matter was held on January 20, 2011, and the Case Management Scheduling Order was also entered by the Court on that date;

WHEREAS, no trial date has yet been set in this action;

WHEREAS, the parties are engaged in discussions aimed at a possible resolution of this matter, and represent that the extension of time requested herein would be beneficial in furthering these discussions; and

WHEREAS the parties have agreed to extensions of approximately one week, of the due date for Plaintiff's infringement contentions, and corresponding one week extensions of the following dates, set forth under Section 3, "Claim Construction Scheduling," of the Court's January 20, 2011 Case Management Scheduling Order (except that the dates for the tutorial and Markman hearing are not changed, because it is not necessary to do so in order to change the other patent dates);

WHEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to the due dates set forth on Exhibit A hereto, and that the Case Management Scheduling Order in this action be amended so as to replace the dates set forth in Section 3 Claim Construction Scheduling with the dates set forth in Exhibit A hereto.

DATED:   February 2, 2011

                                          HOSIE RICE LLP

                                        By:  */s/ George F. Bishop*
                                              George F. Bishop
                                              *Attorneys for Plaintiff*

*xSides Corporation*

CITRIX SYSTEMS, INC.

By: */s/ Erica D. Wilson*_____
    Erica D. Wilson
    *Attorney for Defendant*
    *Citrix Systems, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   February 2, 2011

*/s/ George F. Bishop*
_____
George F. Bishop

STIPULATION TO EXTEND DATE FOR     2     CASE NO. C 10-4307 RS
CLAIM CONSTRUCTION SCHEDULING

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT** the January 20, 2011
2  Case Management Scheduling Order in this action is amended so as to replace the dates set
3  forth in Section 3 "Claim Construction Scheduling" with the dates set forth in Exhibit A to
4  the parties' stipulation.

5
6  Dated: February 4, 2011                    _____
7                                              Honorable Richard Seeborg
                                                U.S. DISTRICT COURT JUDGE
8