J. Anthony Downs (*pro hac* vice)
jdowns@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231

Erica D. Wilson (SBN 161386)
ewilson@goodwinprocter.com
Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California  94111-4103
Tel.:  415.733.6000
Fax:  415.677.9041

Ruby Wayne Wood (SBN 229538)
rwood@goodwinprocter.com
Joseph R. Farris (SBN 263405)
jfarris@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California  94025-1105
Tel.:  650.752.3100
Fax:  650.853.1038

Attorneys for Defendant
CITRIX SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| XSIDES CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS, INC.,<br><br>        Defendant. | Case No. C 10-4307 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO CIVIL L.R. 6-2(A)** |

1    By this stipulation, plaintiff xSides Corporation and defendant Citrix Systems, Inc. ("Defendant") hereby stipulate and request an order changing time to postpone the due date for Defendant's invalidity contentions and accompanying document production until April 11, 2011. This extension of time will (1) provide the parties with additional time to negotiate the protective order in this case and (2) provide Defendant the time necessary to prepare its invalidity contentions and document and source code production pursuant to Patent L.R. 3-3 and 3-4. *See* Declaration of Ruby Wayne Wood In Support Of Order Changing Time Pursuant to Civil L.R. 6-2(a) filed herewith. No other due dates set forth in the Court's February 4, 2011 Claim Construction Scheduling Order (Dkt. No. 36) are to be changed by this stipulation.

Dated: March 22, 2011

**GOODWIN PROCTER LLP**

By: /s/ Ruby Wayne Wood
Ruby Wayne Wood
Attorney for Defendant
CITRIX SYSTEMS, INC.

**HOSIE RICE LLP**

By: /s/ Spencer Hosie
Spencer Hosie
Attorney for Plaintiff
xSIDES CORPORATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: March 22, 2011

/s/ Ruby Wayne Wood
Ruby Wayne Wood

1

STIPULATION TO EXTEND DATE FOR INVALIDITY CONTENTIONS
LIBA/2162331.1

CASE NO: C 10-4307 RS

1   **PURSUANT TO STIPULATION IT IS ORDERED THAT** the February 4, 2011 Claim

2   Construction Scheduling Order in this action is amended such that Defendant's invalidity

3   contentions and accompanying document production is due on April 11, 2011.

5   Dated: March 22, 2011

_____
Honorable Richard Seeborg
U.S. DISTRICT COURT JUDGE