*E-Filed 5/9/11*

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*XSIDES CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| XSIDES CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>            Defendant. | Case No. C 10-4307 RS<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTERCLAIMS BY XSIDES CORPORATION AND CITRIX SYSTEMS, INC., AND [PROPOSED] ORDER** |

Plaintiff xSides Corporation ("xSides") and Defendant Citrix Systems, Inc. ("Citrix"), pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, hereby stipulate and move for an order dismissing WITH PREJUDICE and in their entirety (1) all claims or counterclaims brought by xSides against Citrix and (2) all claims or counterclaims brought by Citrix against xSides, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  May 9, 2011                        HOSIE RICE LLP

                                           */s/ George F. Bishop*
                                           GEORGE F. BISHOP
                                           *Attorneys for Plaintiff*
                                           *XSIDES CORPORATION*


Dated:  May 9, 2011                        GOODWIN PROCTER LLP

                                           */s/ J. Anthony Downs*
                                           J. ANTHONY DOWNS
                                           *Attorney for Defendant*
                                           *CITRIX SYSTEMS, INC.*


        I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

filing of this document has been obtained from the other signatories.

DATED:    May 9, 2011


                                           */s/ George F. Bishop*
                                           George F. Bishop

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this _9th_ day of May, 2011.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE